UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
JERMACK ROMERO,                                                    :
                                                                   :
                          Plaintiff,                               :
                                                                   :     24-CV-8724 (JMF)
          -v-                                                      :
                                                                   :     ORDER
CITY OF NEW YORK et al.,                                           :
                                                                   :
                          Defendants.                              :
                                                                   :
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Pursuant to the Court's March 25, 2025 Order, ECF No. 17, Plaintiff was required to file any opposition to the motion to dismiss by April 14, 2025. To date, Plaintiff has not filed any opposition. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **April 21, 2025**, and Defendants' deadline to file any reply is hereby EXTENDED to **April 28, 2025**. If Plaintiff fails to file any opposition by the deadline, the motion will be deemed unopposed, and the complaint may be dismissed for failure to prosecute and/or abandonment.

      SO ORDERED.

Dated: April 16, 2025
      New York, New York
                                                    JESSE M. FURMAN
                                            United States District Judge